UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GINA MARIE DaSILVA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 16-4131 |
| | ) |
| NANCY A. BERRYHILL, | ) |
| Acting Commissioner | ) |
| of Social Security, | ) |
| | ) |
| Defendant. | ) |

## ORDER

This 3rd day of August, 2018, after consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review, and the Defendant's Response, it is hereby **ORDERED** that Judgment is entered in favor of the Commissioner, affirming the decision of the Commissioner, and against Plaintiff, Gina Marie DaSilva. The Clerk of Court is instructed to mark this case **CLOSED**.

BY THE COURT:

　/s/ Gerald Austin McHugh　
United States District Judge